[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1815

HENRY K. BOATENG,

Plaintiff, Appellant,

v.

KATHLEEN E. O'TOOLE, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard G. Stearns, U.S. District Judge] 



Before

Selya, Circuit Judge, 
Cyr, Senior Circuit Judge, 
and Boudin, Circuit Judge. 



Henry K. Boateng on brief pro se. 
Bruce R. Henry, Susan M. O'Hara and Morrison, Mahoney & Miller on 
brief for appellees.



January 28, 1998


Per Curiam. We have reviewed the parties' briefs and 

the record on appeal. We affirm the grant of summary

judgment in favor of the defendants, essentially for the

reasons stated in the district court's memorandum and order,

dated May 30, 1997.

Affirmed. Loc. R. 27.1. 

-2-